UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : No. 06- 80 (RMU) | |
| VICTOR O. PELLOT | : **UNDER SEAL** | |

**FILED**
SEP 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant, through undersigned counsel, requests that the Status Hearing scheduled for August 29, 2006 be continued to a date available to the Court and the parties, and that the next hearing be set as a plea hearing. Counsel for Defendant will be in trial in the Superior Court of the District of Columbia from August 28 to August 30, 2006, and given the starting time of that trial, it will be difficult for counsel to appear for this hearing and return to the Superior Court for trial by 9:30 a.m. The government does not oppose this motion.

Respectfully submitted,

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(202) 544-1990

RECEIVED
SEP - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

v.                               : No. 06- 80 (RMU)

VICTOR O. PELLOT                 :

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Continue Status Hearing was hand-delivered, this 7th day of September, 2006, to Assistant U.S. Attorney Anthony Scarpelli, in the U.S. District Court for the District of Columbia.

_____
Stephen F. Brennwald