UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

v.                               : No. 06- 80 (RMU)

VICTOR O. PELLOT                 :

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Status Hearing, it is, this   day of          , 2006, hereby

ORDERED, that the Motion Hearing currently set for August 29, 2006 shall be re-set as a Plea Hearing on September         , 2006.

_____
Ricardo M. Urbina
United States District Judge