UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 06-0080 (RMU)
:
VICTOR O. PELLOT,  :
:
Defendant.  :

## ORDER

It is this 12th day of September 2006,

**ORDERED** that the status hearing in the above-captioned case scheduled to take place on August 29, 2006 is hereby **CONTINUED** until October 26, 2006 at 10:00 a.m.; and it is

**FURTHER ORDERED** that the status hearing shall be converted to a plea hearing; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge