UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. 06-80 (RMU) |
| VICTOR O. PELLOT | : |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.

                                      Stephen F. Brennwald, Esq.
                                      Bar No. 398319
                                      Brennwald & Robertson, LLP
                                      922 Pennsylvania Avenue, S.E.
                                      Washington, D.C. 20003
                                      (202) 544-1990
                                      (202) 544-5003 (facsimile)
                                      (301) 928-7727 (cell)
                                      E-mail: sfbrennwald@cs.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, this 12th day of September, 2006, to Anthony Scarpelli, U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530.

                                        Stephen F. Brennwald