CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-0080 (RMU)
)
VICTOR OMAR PELLOT )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Victor Pellot*
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____
Judge Ricardo M. Urbina
United States District Court Judge