United States District Court
for the District of Columbia

FILED

OCT 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

**VICTOR OMAR PELLOT**

Case Number: 06-080 (RMU)

I, **Victor Omar Pellot**, the above named defendant, who is accused of **Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, Title 21, United States Code, 841(a)(1) and 841(b)(1)(A)(iii),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **October 26, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

*Victor Pellot*
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge