UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                               :

    v.                                      : No. 06 CR 80 (RMU)

VICTOR O. PELLOT                            :

**DEFENDANT'S PRELIMINARY MEMORANDUM IN AID OF
SENTENCING AND UNOPPOSED MOTION FOR AN ENLARGEMENT OF
TIME WITHIN WHICH TO FILE MEMORANDUM IN AID OF SENTENCING**

Defendant, through undersigned counsel, hereby files his Preliminary Memorandum of in Aid of Sentencing.

Defendant also hereby moves, unopposed, for an enlargement of time within which to file a final sentencing memorandum, given that until last week, he was preparing to participate in a death-penalty trial scheduled to begin on January 8, 2007, subsequently became ill, and is now in the middle of a trial in Prince George's County, Maryland. Moreover, sentencing in this matter is not set until March 27, 2007. The government does not oppose this request

**BACKGROUND**

Defendant does not dispute the factual background described in the Government's sentencing memorandum. Indeed, the defendant admitted, as part of his plea, that the facts listed by the government occurred.

**PRELIMINARY SENTENCING RECOMMENDATIONS**

Defendant preliminarily (and to preserve the issues in the event the Court does not grant an enlargement of time to allow defendant to supplement this memorandum) asks that any sentence contemplated by this Court be reduced by six months because the

defendant, due to his immigration status, will not be eligible to be released to a halfway-house six months before his normal release date.

In addition, defendant asks that he be allowed to participate in the Bureau of Prisons' 500-hour drug program or, if he is not eligible for participation in such program due to his immigration status, that the Court also reduce the sentence by twelve months – the period of time that is normally deducted by the Bureau of Prisons for inmates who have completed the drug program. Mr. Pellot has abused alcohol for years, to the point that prior to his arrest, he was "out of it." PSI ¶ 37.

Defendant requests that this Court allow him to further supplement this initial memorandum by no later than January 15, 2007 – about ten weeks before sentencing.

                            Respectfully submitted,

                            Stephen F. Brennwald, Esq.
                            Bar No. 398319
                            Brennwald & Robertson, LLP
                            922 Pennsylvania Avenue, S.E.
                            Washington, D.C. 20003
                            (202) 544-1990

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Initial Memorandum in Aid of Sentencing was served by electronic filing this 20th day of December, 2006, on Assistant U.S. Attorney Anthony Scarpelli.

                            _____
                            Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : No. 06CR80 (RMU) |
| VICTOR O. PELLOT | : |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time Within Which to File a Supplemental Memorandum in Aid of Sentencing, it is, this day of            , 200 , hereby

ORDERED, that the Unopposed Motion is GRANTED; it is further

ORDERED, that Defendant shall file any Memorandum in Aid of Sentencing no later than January 15, 2007.

_____
Ricardo M. Urbina
United States District Judge