UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 06-0080 (RMU) |
| : | |
| VICTOR O. PELLOT, : | |
| : | **FILED** |
| Defendant. : | |
| | JAN 3 2007 |

## ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's unopposed motion for an enlargement of time within which to file a supplemental memorandum in aid of sentencing, it is this 2nd day of January, 2007, hereby

**ORDERED** that the defendant's unopposed motion is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant file its memorandum in aid of sentencing no later than January 15, 2007.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge