UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 06-80 (RMU) |
| : | |
| VICTOR O. PELLOT : | |

**MOTION FOR LEAVE TO LATE-FILE DEFENDANT'S SECOND
SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

COMES NOW Victor Pellot, Defendant, through undersigned counsel, Stephen F. Brennwald, and in support of his Motion for Leave to Late-File Defendant's Second Supplemental Memorandum in Aid of Sentencing, states as follows:

1. Defendant previously filed a Supplemental Sentencing Memorandum in this matter.

2. About a month after the defendant filed that Memorandum, the Court of Appeals for the District of Columbia Circuit decided *United States v. Pickett* (D.C. Cir. 2/13/07).

3. Although the defendant is confident that this Court is familiar with that case, he submits that it is important that he be allowed to incorporate any arguments that *Pickett* allows him to make into his sentencing allocution and memoranda.

4. There are still two weeks until sentencing, and the government will have more than enough time to respond to defendant's submission, which is only six pages.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that this Court grant him leave to late-file his Second Supplemental Memorandum in Aid of Sentencing.

        Respectfully submitted,


        _____/s/_____
        Stephen F. Brennwald
        Bar No. 398319
        Brennwald & Robertson, LLP
        922 Pennsylvania Avenue, S.E.
        Washington, D.C.  20003
        (202) 544-1990
        sfbrennwald@cs.com


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, by ECF, to all counsel of record upon the filing of this Motion on March 14, 2007.


        _____/s/_____
        Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-80 (RMU) |
| | : | |
| **VICTOR O. PELLOT** | : | |

ORDER

Upon consideration of Defendant's Motion for Leave to Late-File Defendant's Second Supplemental Memorandum in Aid of Sentencing, it is, this       day of              , 2007, hereby

ORDERED, that Defendant's Motion is GRANTED.

_____
Ricardo M. Urbina
United States District Judge