UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-0080 (RMU) |
| | : | |
| VICTOR O. PELLOT, | : | Doc. No.:  21 |
| | : | |
| Defendant. | : | |

**FILED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the defendant's motion for leave to late-file a second supplemental memorandum in aid of sentencing and for good cause shown therein, it is this 15th day of March 2007, hereby

**ORDERED** that the defendant's motion is **GRANTED**.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge