✎AO 245___   Order Regarding Motion for Sentence Reduction
             Sheet 1

UNITED STATES DISTRICT COURT

District of     COLUMBIA

| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
|---|---|
| V. | |
| VICTOR OMAR PELLOT | Case Number: CR 06-080 (RMU) |
|  | USM Number: 28487-016 |
| **Date of Original Judgment:** April 5, 2007 | Mary M. Petras |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of
      64  months on Count One is reduced to <u>term of 51 months</u>.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

| | |
|---|---|
| Previous Offense Level: 27 | Amended Offense Level: 25 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 70 to 87 months | Amended Guideline Range: 57 to 71 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
X The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated April 5, 2007 shall remain in effect.

**IT IS SO ORDERED.**

_____        _____
        Date                                                        Signature of Judge

                                                       _____
                                                       Name and Title of Judge